No. 81–886.  SAILORS' UNION OF THE PACIFIC, AFL–CIO *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–910.  MURPHY, SHERIFF OF OSCEOLA COUNTY, ET AL. *v.* ADAMS.  C. A. 11th Cir.  Certiorari denied.

No. 81–921.  KESSINGER ET AL. *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 81–923.  TANT, T/A SUPER DUPER FOOD STORE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–945.  SCOLES, DBA COLLEGE EXXON SERVICE STATION *v.* DONOVAN, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR.  C. A. 9th Cir.  Certiorari denied.

No. 81–954.  FIRST PENTECOSTAL CHURCH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–971.  WYNN OIL CO. *v.* SOUTHERN UNION EXPLORATION CO.  Ct. App. N. M.  Certiorari denied.

No. 81–976.  LOWE *v.* OHIO STATE BAR ASSN.  Sup. Ct. Ohio.  Certiorari denied.

No. 81–978.  GLITSCH, INC. *v.* JONES.  C. A. 5th Cir. Certiorari denied.

No. 81–988.  COMMODORE BUSINESS MACHINES, INC., ET AL. *v.* McDONNELL DOUGLAS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 81–997.  CHARLTON *v.* CORTEZ DEVELOPMENT CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.